RECEIVED

MAY - 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CARROLL HAMILTON** <br> **LA. DOC #288645** <br> **VS.** | **CIVIL ACTION NO.6:16-CV-1746** <br><br> **SECTION P** <br><br> **JUDGE REBECCA F. DOHERTY** |
| **W.S. McCAIN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _____ day of _____ May _____, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE